People v Curtin (2026 NY Slip Op 00699)

People v Curtin

2026 NY Slip Op 00699

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND NOWAK, JJ.

448 KA 24-00153

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
vJAMES CURTIN, II, DEFENDANT-APPELLANT. 

NICHOLAS T. TEXIDO, BUFFALO, FOR DEFENDANT-APPELLANT. 
MICHAEL J. KEANE, DISTRICT ATTORNEY, BUFFALO (MEREDITH M. MOHUN OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Erie County (Debra L. Givens, A.J.), rendered January 10, 2024. The appeal was held by this Court by order entered July 25, 2025, decision was reserved and the matter was remitted to Supreme Court, Erie County, for further proceedings (240 AD3d 1295 [4th Dept 2025]). 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 9 and 15, and November 10, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court